# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: CV – 06-230 MJD/SRN

| | |
|---|---|
| Gregory Hansen,<br><br>　　　　Plaintiff,<br>v.<br><br>NCO Financial Systems, Inc.,<br><br>　　　　Defendant. | **ORDER** |

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

　　　　　　　　　　　　　　　　**BY THE COURT**

Dated: September 5, 2006　　　　　s / Michael J. Davis
　　　　　　　　　　　　　　　　The Honorable Michael J. Davis
　　　　　　　　　　　　　　　　Judge of United States District Court